## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW COLUMBIA, | |
| Plaintiff, | CIVIL ACTION NO. 3:CV-13-1464 |
| v. | (JUDGE CAPUTO) |
| ROBERT PACKER HOSPITAL, et al., | |
| Defendants. | |

### **MEMORANDUM ORDER**

Presently before the Court is Defendant Guthrie Clinic, Ltd.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(1) (Doc. 13). Local Rule of Court 7.6 requires that "[a]ny party opposing any motion, other than a motion for summary judgment, shall file a brief in opposition within fourteen (14) days after service of the movant's brief. . . . Any party who fails to comply with this rule shall be deemed not to oppose such a motion." Pursuant to Local Rule of Court 7.6 and Rule 6(d) of the Federal Rules of Civil Procedure, Plaintiff's briefs in opposition were all due, at the latest, on February 14, 2014.

Although the deadline for filing an opposing brief has passed, Plaintiff has not filed a brief in opposition to the motion to dismiss. The Court will grant additional time for Plaintiff to respond to the motion. Plaintiff shall file a brief in opposition to the motion within fourteen (14) days. If Plaintiff fails to oppose the motion or otherwise communicate with the Court within fourteen (14) days of the date of this Order, the Court may consider the motion unopposed and grant it without a merits analysis.

**NOW,** this 28th day of February, 2014, **IT IS HEREBY ORDERED THAT** Plaintiff shall file a brief in opposition to the Motion to Dismiss filed by Defendant Guthrie Clinic, Ltd. (Doc. 13) within fourteen (14) days from the date of entry of this Order.  If Plaintiff fails to timely file a brief in opposition to this Motion or otherwise communicate with the Court, the Court may grant the unopposed motion without a merits analysis.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge